608

JOHNSTON, ADMR., APPELLANT, *v.* UNIVERSITY MEDNET ET AL., APPELLEES.

[Cite as *Johnston v. Univ. Mednet* (1995), 71 Ohio St.3d 608.]

(No. 94–2066—Submitted January 10, 1995—Decided March 15, 1995.)

*Michael F. Becker Co., L.P.A., Michael F. Becker* and *Jeanne M. Tosti,* for appellant.

*Jacobson, Maynard, Tuschman & Kalur, John V. Jackson II, Joseph A. Farchione* and *Douglas G. Leak,* for appellees.

The discretionary appeal is allowed. The judgment of the court of appeals is reversed, and the cause is remanded to the trial court on the authority of *Ede v. Atrium S. OB–GYN, Inc.* (1994), 71 Ohio St.3d 124, 642 N.E.2d 365.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents for the reasons stated in his dissenting opinion in *Ede v. Atrium S. OB–GYN, Inc.* (1994), 71 Ohio St.3d 124, 128–131, 642 N.E.2d 365, 369–370.

COOK, J., dissents.